UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **KENDRICK DEJUAN WATSON,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **MEMPHIS POLICE DEPARTMENT, ET AL.,** | CASE NO: 16-2852-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Complaint, Certifying An Appeal Would Not Be Taken In Good Faith and Notifying Plaintiff of Appellate Filing Fee entered on June 19, 2018, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/19/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk